In re Petition for DISCIPLINARY AC-
TION AGAINST Richard Leė SWAN-
SON, a Minnesota Attorney, Registra-
tion No. 173423.

No. A05–2501.

Supreme Court of Minnesota.

Feb. 14, 2006.

ORDER

The Director of the Office of Lawyers
Professional Responsibility has filed a peti-
tion for disciplinary action alleging that
respondent Richard Lee Swanson commit-
ted professional misconduct warranting
public discipline, namely, failure to timely
file an appeal and failure to cooperate with
the Director's investigation, in violation of
Minn. R. Prof. Conduct 1.1, 1.3, and 8.1(b)
and Rule 25, Rules on Lawyers Profession-
al Responsibility (RLPR).

Respondent admits his conduct has vio-
lated the Rules of Professional Conduct,
waives his rights under Rule 14, RLPR,
and has entered into a stipulation with the
Director in which they jointly recommend
that the appropriate discipline is a public
reprimand and two years of supervised
probation, subject to the following condi-
tions:

(a) Respondent shall maintain total ab-
stinence from alcohol and other mood-
altering chemicals, except that respon-
dent may use prescription drugs in ac-
cordance with the directions of a pre-
scribing physician who is fully advised of
respondent's chemical dependency be-
fore issuing the prescription.

(b) Respondent shall continue to attend
weekly meetings of Alcoholics Anony-
mous or other out-patient alcohol treat-
ment program acceptable to the Di-
rector. Respondent shall, by the tenth
day of each month, and without a specif-
ic reminder or request, submit to the
Director an attendance verification, on a
form provided by the Director, which
indicates the name, address and tele-
phone number of the person personally
verifying respondent's attendance.

(c) Respondent shall successfully com-
plete a course on civil appellate proce-
dure and shall provide the Director with
verification of his successful completion.

(d) Respondent shall be supervised by a
licensed Minnesota attorney, appointed
by the Director to monitor compliance
with the terms of this probation. Within
two weeks of the date of this order,
respondent shall provide to the Director
the names of four attorneys who have
agreed to be nominated as respondent's
supervisor. If, after diligent effort, re-

spondent is unable to locate a supervisor acceptable to the Director, the Director shall appoint a supervisor. Until a supervisor has signed a consent to supervise, respondent shall, on the first day of each month, provide the Director with an inventory of active client files described in paragraph (e) below. Respondent shall make active client files available to the Director upon request. (e) Respondent shall cooperate fully with the supervisor in his or her efforts to monitor compliance with this probation. Respondent shall contact the supervisor and schedule a minimum of one in-person meeting per calendar quarter. Respondent shall submit to the supervisor an inventory of all active client files by the first day of each month during probation. For each active client file, the inventory shall disclose the client name, type of representation, date opened, most recent activity, next anticipated action, and anticipated closing date. Respondent's supervisor shall file written reports with the Director at least quarterly, or at such more frequent intervals as may reasonably be requested by the Director. (f) Respondent shall cooperate fully with the Director's office in its efforts to monitor compliance with this probation and shall promptly respond to the Director's correspondence by the due date. Respondent shall cooperate with the Director's investigation of any allegations of unprofessional conduct that may come to the Director's attention. Upon the Director's request, respondent shall provide authorization for release of information and documentation to verify compliance with the terms of this probation. (g) Respondent shall abide by the Minnesota Rules of Professional Conduct.

(h) Respondent shall pay $900 in costs pursuant to Rule 24, RLPR.

The court has independently reviewed the file and approves the jointly recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that respondent Richard Lee Swanson is publicly reprimanded and placed on supervised probation for a period of two years, subject to the conditions set forth above.

BY THE COURT:

/s/ Helen M. Meyer
Associate Justice